RECEIVED
APR 14 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Please see attached sheet.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Marc K. Sellers

Firm Name: Schwabe, Williamson & Wyatt, P.C.

08-270 T

Post Office Box:

Street Address: 1211 S.W. Fifth Avenue, Stes. 1600-1900

City-State-Zip: Portland, OR 97204-3795

Telephone & Facsimile Numbers: (503) 222-9981

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 0 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E

See attached sheet for three-digit codes.

Amount Claimed: $ More than $5,000,000

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ N/A

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: N/A

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

ATTACHMENT TO COVER SHEET

PLAINTIFFS:

1. **American Pacific Textile, Inc.,**
2. **Handsome Textiles (Saipan) Corporation,**
3. **Hansae Saipan, Inc.,**
4. **Hyunjin (Saipan) Corporation,**
5. **L&S Apparel (Corporation),**
6. **Marianas Garment Manufacturing, Inc.,**
7. **Michigan, Inc.,**
8. **Neo Fashion, Inc.,**
9. **Poong Inc. Saipan,**
10. **RIFU Apparel Corporation,**
11. **Top Fashion Corporation,**
12. **U.S. CNMI Development,**
13. For themselves and on behalf of their employees who have not filed direct claims against the Defendant,