ORIGINAL

FILED
APR 14 2008
U.S. COURT OF FEDERAL CLAIMS

**Marc K. Sellers, OSB #79107**
E-mail: msellers@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiffs

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Hyunjin (Saipan) Corporation, RIFU Apparel Corporation, U.S. CNMI Development, Top Fashion Corporation, Handsome Textiles (Saipan) Corporation, American Pacific Textile, Inc., Michigan, Inc., Marianas Garment Manufacturing, Inc., Neo Fashion, Inc., L&S Apparel (Corporation), Poong In Saipan, and Hansae Saipan, Inc.,** for themselves and on behalf of their employees who have not filed direct claims against the Defendant,

Plaintiffs,

vs.

**UNITED STATES OF AMERICA,**

Defendant.

No. 08-270 T

CORPORATE DISCLOSURE STATEMENT
(FRCP 7.1)

Pursuant to FRCP 7.1, Plaintiffs submit the following Corporate Disclosure Statement:

No publicly held corporation owns more than 10% of the corporate stock of any Plaintiff corporation.

No Plaintiff has a parent corporation, except as stated here:

1. Han-Soll Textile, Ltd. owns the stock of Top Fashion Corporation;

2. Chudai (HK) Development, Co., Ltd. owns the stock of Marianas Garment Manufacturing, Inc.;



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

3. Hansae (Saipan), Inc. owns the stock of American Pacific Textile, Inc.;

4. Hansae Company, LTD. owns the stock of Hansae (Saipan), Inc.;

5. HANDSOME TEX, LTD. is the owner of Handsome Textile (Saipan) Corporation;

6. KYUNG SEUNG CO., LTD. is the 90% owner of KyungSeung (Saipan), Inc.

Dated this 11th day of April, 2008.

Respectfully Submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: ____________________

Marc K. Sellers, OSB #79107
Telephone: (503) 222-9981
Facsimile: (503) 796-2900
Of Attorneys for Plaintiffs



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981