# In the United States Court of Federal Claims

No. 08-270 T
(Filed: April 16, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **AMERICAN PACIFIC TEXTILE INC, ET AL.** | * |
| | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **UNITED STATES,** | * |
| | * |
| **Defendant** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with her concurrence, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Nancy B. Firestone.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge