**Marc K. Sellers, OSB #79107**
E-mail: msellers@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiffs

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Hyunjin (Saipan) Corporation, RIFU Apparel Corporation, U.S. CNMI Development, Top Fashion Corporation, Handsome Textiles (Saipan) Corporation, American Pacific Textile, Inc., Michigan, Inc., Marianas Garment Manufacturing, Inc., Neo Fashion, Inc., L&S Apparel (Corporation), Poong In Saipan, Hansae Saipan, Inc., and Hong Kong Entertainment (Overseas) Investment, Ltd.** for themselves and on behalf of their employees who have not filed direct claims against the Defendant,

Plaintiffs,

vs.

**UNITED STATES OF AMERICA**,

Defendant.

No. 08-270 T

CORPORATE DISCLOSURE STATEMENT
(FRCP 7.1)

Pursuant to FRCP 7.1, Plaintiff Hong Kong Entertainment (Overseas) Investment, Inc. submits the following Corporate Disclosure Statement:



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

1. Tinian Dynasty Investment Limited (TDHC), a corporation organized under the laws of the British Virgin Islands, is the owner of Hong Kong Entertainment (Overseas) Investment, Inc.

Dated this 25th day of April, 2008.

Respectfully Submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Marc K. Sellers

Marc K. Sellers, OSB #79107
Telephone: (503) 222-9981
Facsimile: (503) 796-2900
Of Attorneys for Plaintiffs



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981