IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 08-270 T
(Chief Judge Edward J. Damich)

AMERICAN PACIFIC TEXTILE, INC., et al,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# NOTICE OF APPEARANCE

Please enter the appearance of Robert Stoddart as attorney of record for the United States.

Opposing parties should serve all papers upon:

Robert Stoddart, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

Dated: May 6, 2008

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
Court of Federal Claims Section
Tel.: (202) 307-6445
FAX: (202) 514-9440