**David W. Axelrod, OSB #750231**
E-mail: daxelrod@schwabe.com
**Connie C. Kong, OSB #076784**
E-mail: ckong@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiffs

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN PACIFIC TEXTILE, INC., et al.**,<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant. | No. 08-270 T<br><br>(JUDGE NANCY B. FIRESTONE)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of David W. Axelrod (attorney of record), for the plaintiffs in the above-entitled action. Opposing party should serve all papers upon:

David W. Axelrod, Esquire
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204

DATED: June 16, 2008

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ David W. Axelrod
David W. Axelrod, OSB #750231
(503) 222-9981
Fax (503) 796-2900



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

CERTIFICATE OF SERVICE

I am a resident of the State of Oregon, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 1211 SW Fifth Avenue, Suite 1900, Portland, Oregon 97204. On the date listed below, I served the following document titled: NOTICE OF APPEARANCE (OF DAVID W. AXELROD), in the manner indicated:

☑ by placing the document listed above in a sealed envelope to the person(s) at the address set forth below with first class postage thereon fully prepaid and deposited said envelope with the United States Postal Service on the same date set out below.

Robert Stoddart, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.

Executed June 16, 2008, at Portland, Oregon.

s/ David W. Axelrod
David W. Axelrod



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981