IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 08-270 T
(Judge Firestone)

AMERICAN PACIFIC TEXTILE, INC., et al,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S PERMISSION TO FILE A SECOND AMENDED COMPLAINT

Pursuant to RCFC 15(a), the defendant, the United States, permits the plaintiffs to file a second amended complaint.

Respectfully submitted,

ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section

Of counsel

July 28, 2008