**Marc K. Sellers, OSB #79107**
E-mail: msellers@schwabe.com
**David W. Axelrod, OSB # 750231**
E-mail: daxelrod@schwabe.com
**Connie C. Kong, OSB # 076784**
E-mail: ckong@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981
Fax (503) 796-2900
Of Attorneys for Plaintiffs

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Hyunjin (Saipan) Corporation**

Plaintiff,

vs.

**UNITED STATES OF AMERICA**,

Defendant.

No. 08-270 T
(Judge Nancy B. Firestone)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS FOR RELIEF BY RIFU APPAREL CORPORATION, U.S. CNMI DEVELOPMENT, TOP FASHION CORPORATION, HANDSOME TEXTILES (SAIPAN) CORPORATION, AMERICAN PACIFIC TEXTILE, INC., MICHIGAN, INC., MARIANAS GARMET MANUFACTURING, INC., NEO FASHION, INC., L&S APPAREL (CORPORATION), POONG IN SAIPAN, HANSAE SAIPAN, INC., AND HONG KONG ENTERTAINMENT (OVERSEAS) INVESTMENT, LTD.**

Pursuant to RCFC Rule 41(a)(1)(A), Plaintiffs RIFU Apparel Corporation, U.S. CNMI Development, Top Fashion Corporation, Handsome Textiles (Saipan) Corporation, American Pacific Textile, Inc., Michigan, Inc., Marianas Garment Manufacturing, Inc., Neo Fashion, Inc., L&S Apparel (Corporation), Poong In Saipan, Hansae Saipan, Inc., and Hong Kong

Entertainment (Overseas) Investment, Ltd. hereby dismiss, without prejudice, the claim or claims asserted by or on behalf of each dismissing Plaintiff in the First Amended Complaint.

DATED: July 29, 2008.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Marc K. Sellers

Marc K. Sellers, OSB #79107
(503) 222-9981
Fax (503) 796-2900



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981